MONTGOMERY Y. PAEK, ESQ.
Nevada Bar No. 10176
AMY L. THOMPSON, ESQ.
Nevada Bar No. 11907
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:    702.862.8811
mpaek@littler.com
athompson@littler.com
mdissinger@littler.com

Attorneys for Defendants
CAESARS ENTERTAINMENT, INC. AND PARIS LAS VEGAS OPERATING CO., LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN MERCER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.; PARIS LAS VEGAS OPERATING CO., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>(District Court Case No. A-23-870682-C)<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>**[28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446]**<br><br>**[FEDERAL QUESTION]** |

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that Defendants, CAESARS ENTERTAINMENT, INC. and PARIS LAS VEGAS OPERATING CO., LLC ("Defendants"), hereby remove the above-entitled action from the Eighth Judicial District Court in and for the County of Clark, State of Nevada, to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446. This removal is based upon federal question and supplemental jurisdiction and is timely.  A true and correct copy of the Notice to State Court of Removal of Action to Federal

Court is attached hereto and incorporated herein as **Exhibit A**.

In support of this Notice of Removal of Civil Action, Defendants state to the Court as follows:

1. On May 12, 2023, Plaintiff, LEANN MERCER ("Plaintiff"), filed a Complaint in the Eighth Judicial District Court of Clark County, Nevada, entitled *Leann Mercer v. Caesars Entertainment, Inc., et. al.,* Case No. A-23-870682-C (Department 6). True and correct copies of Plaintiff's original Complaint and Summons are attached hereto as **Exhibit B**.

2. The date upon which Defendants each received a copy of Plaintiff's Complaint was May 22, 2023, when Defendants were served with process. True and correct copies of the Affidavits of Service reflecting service upon Defendants are attached hereto as **Exhibit C**. Accordingly, this Notice of Removal is timely because it is within thirty (30) days of the date on which Plaintiff served Defendants with a Summons and copy of the Complaint.

3. Plaintiff's Complaint alleges a claim for failure to pay overtime wages in violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 207. Plaintiff's Complaint also asserts claims under Nevada state law for: alleged failure to pay minimum wages in violation of the Nevada Constitution and Nev. Rev. Stat. § 608.250; alleged failure to compensate for all hours worked in violation of Nev. Rev. Stat. §§ 608.016 and 608.140; alleged failure to pay overtime wages in violation of Nev. Rev. Stat. §§ 608.018 and 608.140; and alleged failure to pay wages due and owing in violation of Nev. Rev. Stat. §§ 608.020-.050 and 608.140.

4. Accordingly, this action is a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1331, which provides that United States district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Moreover, because Plaintiff is asserting a federal claim, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

5. Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court, in accordance with 28 U.S.C. §§ 108 and 1441(a).

6. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the

remaining state law claims because Plaintiff's state law claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Supplemental jurisdiction over Plaintiff's state law claims exists because they are derived "from a common nucleus of operative fact." *United Mine Workers of America v. Gibbs,* 383 U.S. 715, 725, 86 S. Ct. 1130, 1138 (1966).

7. All pleadings, process or orders received by or filed by Defendants in this case are attached hereto. Defendants have received no other process, pleadings or orders.

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide Plaintiff through her counsel, with prompt written notice of the removal of this action to this Court. Defendants will also file a copy of the Notice of Removal with the State Court pursuant to 28 U.S.C. § 1446(d).

9. No other defendants are required to join this Notice of Removal as no other defendants have been served with any summons or complaint.

WHEREFORE, Defendants pray that the above-referenced action now pending against it in the Eighth Judicial District Court in and for the County of Clark, State of Nevada, be removed therefore to this Court.

Dated: June 21, 2023

                                                     LITTLER MENDELSON, P.C.

                                                     */s/ Michael D. Dissinger*
                                                     MONTGOMERY Y. PAEK, ESQ.
                                                     AMY L. THOMPSON, ESQ.
                                                     MICHAEL D. DISSINGER, ESQ.

                                                   Attorneys for Defendants
                                                   CAESARS ENTERTAINMENT, INC. AND
                                                   PARIS LAS VEGAS OPERATING CO., LLC

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169-5937. On June 21, 2023, I served the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Joshua R. Hendrickson, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
E-mail: mark@thiermanbuck.com
josh@thiermanbuck.com
joshh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2023 at Las Vegas, Nevada.

*/s/ Joanne Conti*
Joanne Conti