# EXHIBIT A

# EXHIBIT A

Notice to State Court of Filing of Notice of
Removal of Civil Action to Federal Court

1 | **REMV**
MONTGOMERY Y. PAEK, ESQ.
2 | Nevada Bar No. 10176
AMY L. THOMPSON, ESQ.
3 | Nevada Bar No. 11907
MICHAEL D. DISSINGER, ESQ.
4 | Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
5 | 3960 Howard Hughes Parkway
Suite 300
6 | Las Vegas, Nevada 89169.5937
Telephone:     702.862.8800
7 | Fax No.:       702.862.8811
mpaek@littler.com
8 | athompson@littler.com
mdissinger@littler.com
9 |
Attorneys for Defendants
10 | CAESARS ENTERTAINMENT, INC. AND PARIS
LAS VEGAS OPERATING CO., LLC
11 |

12 |                    DISTRICT COURT
                  CLARK COUNTY, NEVADA
13 |

14 |

15 | LEANN MERCER, on behalf of herself and all   | Case No. A-23-870682-C
others similarly situated,                     | Dept. No. VI
16 |
                 Plaintiff,                     | **NOTICE TO STATE COURT OF FILING
17 | v.                                          | OF NOTICE OF REMOVAL OF CIVIL
                                                | ACTION TO FEDERAL COURT**
18 | CAESARS ENTERTAINMENT, INC.; PARIS
LAS VEGAS OPERATING CO., LLC; and
19 | DOES 1 through 50, inclusive,
20 |                 Defendants.
21 |

**TO THE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR THE**
22 |
**COUNTY OF CLARK, STATE OF NEVADA:**
23 |
        PLEASE   TAKE   NOTICE   that   on   June   21,   2023,   Defendants,   CAESARS
24 |
ENTERTAINMENT, INC. and PARIS LAS VEGAS OPERATING CO., LLC ("Defendants")
25 |
filed a Notice of Removal of the above-referenced matter in the Office of the Clerk of the United
26 |
States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a),
27 |
and 1446.
28 |

1        True and correct copies of the Notice of Removal and accompanying exhibits for the same

2    are attached hereto as **Exhibit A**.

3        PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal, together

4    with the filing of a copy of this Notice to State Court with the Clerk of this Court, effectuate the

5    removal of this action in accordance with 28 U.S.C. §§ 1331, 1367(a), 1441(a) and 1446.

6    Dated: June 21, 2023

                            LITTLER MENDELSON, P.C.

7

8

9                                */s/ Michael D. Dissinger*
                            MONTGOMERY Y. PAEK, ESQ.

10                               AMY L. THOMPSON, ESQ.
                            MICHAEL D. DISSINGER, ESQ.

11

12                               Attorneys for Defendants
                            CAESARS ENTERTAINMENT, INC. AND
                            PARIS LAS VEGAS OPERATING CO., LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>PROOF OF SERVICE</u>

2

3        I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the

4    within action.   My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas,

5    Nevada, 89169-5937.  On June 21, 2023, I served the within document(s):

6    **NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL
     ACTION TO FEDERAL COURT**

7        ☒    Via **<u>Electronic Service</u> -** pursuant to N.E.F.C.R Administrative Order: 14-2.

8    Mark R. Thierman, Esq.
9    Joshua D. Buck, Esq.
     Joshua R. Hendrickson, Esq.
10   Leah Jones, Esq.
     THIERMAN BUCK LLP
11   7287 Lakeside Drive
     Reno, Nevada 89511
12   E-mail: mark@thiermanbuck.com
13           josh@thiermanbuck.com
             joshh@thiermanbuck.com
14           leah@thiermanbuck.com

15   *Attorneys for Plaintiff*

16       I declare under penalty of perjury that the foregoing is true and correct. Executed on June

17   21, 2023 at Las Vegas, Nevada.

18

19                                          */s/ Joanne Conti*
20                                          Joanne Conti

21   4875-4888-8166.1 / 083558-1264

22

23

24

25

26

27

28