MONTGOMERY Y. PAEK, ESQ.
Nevada Bar No. 10176
AMY L. THOMPSON, ESQ.
Nevada Bar No. 11907
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
mpaek@littler.com
athompson@littler.com
mdissinger@littler.com

Attorneys for Defendants
CAESARS ENTERTAINMENT, INC. AND PARIS LAS VEGAS OPERATING CO., LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEANN MERCER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.; PARIS LAS VEGAS OPERATING CO., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00958-MMD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, LEANN MERCER ("Plaintiff"), and Defendants, CAESARS ENTERTAINMENT, INC. ("Caesars") and PARIS LAS VEGAS OPERATING CO., LLC ("Paris") (collectively herein "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to Plaintiff's Complaint by thirty (30) days, from June 28, 2023,[1] up to and including **July 28, 2023**.

This extension is necessary as the parties have been communicating about exploring early resolution and diverting efforts toward same and agree additional time is warranted to further those

---

[1] Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the present deadline for Defendants to file a response to the Complaint is seven (7) days from the date of removal to this Court.

discussions before Defendants file a response to the Complaint. The extension is also required due to the respective workloads of counsel and anticipated unavailability in the next week. This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 23, 2023

Respectfully submitted,

*/s/ Joshua R. Hendrickson*
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
LEAH L. JONES, ESQ.
THIERMAN BUCK, LLP

Attorneys for Plaintiff
LEANN MERCER

Dated: June 23, 2023

Respectfully submitted,

*/s/ Michael D. Dissinger*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CAESARS ENTERTAINMENT, INC. AND PARIS LAS VEGAS OPERATING CO., LLC

**IT IS SO ORDERED.**

Dated: June 26, 2023

_____
UNITED STATES MAGISTRATE JUDGE