Joshua R. Hendrickson, Nev. Bar. No. 12225
josh@hendricksonlawgroup.com
HENDRICKSON LAW GROUP, PLLC
325 W Liberty St
Reno, Nevada 89501
Tel. (775) 502-8332

Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
325 West Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs and all others similarly situated.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN MERCER; JOCELYN LEWIS; and MIKE BRADY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.; PARIS LAS VEGAS OPERATING CO., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00958-MMD-NJK<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT AND REINSTATING STAY OF PROCEEDINGS** |

Plaintiffs, LEANN MERCER, JOCELYN LEWIS, and MIKE BRADY ("Plaintiffs"), and Defendants, CAESARS ENTERTAINMENT, INC. and PARIS LAS VEGAS OPERATING CO., LLC ("Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to continue the date of the final approval hearing, currently scheduled for August 7, 2024, until September 23, 2024, or as soon thereafter as the matter may be heard by the Court.

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST
AMENDED COMPLAINT

1  All papers filed in support of final approval of the settlement, and response to any objections, will
2  be filed no later than September 16, 2024.

3        In its Order approving the Parties' Joint Motion for Preliminary Approval, the Court
4  directed that, if the Class Notice Packets could not be mailed to every Class Member by April 1,
5  2024, such that all claims must be filed by May 1, 2024, the Settlement Administrator "is directed
6  to refrain from issuing the Class Notice Packet until after August 1, 2024" and to mail the Class
7  Notice Packets to all Class Members within ten (10) calendar days of that date by August 11, 2024.
8  **Order at ¶ 13 (ECF No. 25).** Upon the Court's entry of the Order granting Preliminary Approval,
9  the parties contacted the Settlement Administrator and were advised that based on the timing of the
10 Order granting Preliminary Approval, the Settlement Administrator would not be able to issue the
11 Class Notice Packets before April 1, 2024.

12       Accordingly, the Parties seek this continuance because they were unable to complete the
13 mailing of the Class Notice Packets by April 1, 2024 and thus, pursuant to the terms of the
14 Settlement Agreement and this Court's Order, the Settlement Administrator is refraining from
15 issuing the Class Notice Packets until after August 1, 2024. The Settlement Administrator has
16 represented that it will mail the approved Class Notice Packets by first-class mail to members of
17 the respective classes the following day, on August 2, 2024.

18       The Parties therefore agree and stipulate that the final approval hearing should be scheduled
19 no earlier than a date on or after **September 23, 2024**. Likewise, the Court should revise the
20 deadline for the Parties to file all papers in support of final approval from July 29, 2024 to no later
21 than **September 16, 2024**. The Parties' request is consistent with the Court's Order and their
22 Settlement Agreement and will provide sufficient time for the Settlement Administrator to mail the
23 Class Notice Packets; for Class Members to respond; for the Settlement Administrator to prepare
24 its declaration of due diligence; and for papers in support of final approval to be filed for the Court's
25 review in advance of the final approval hearing.

26       The Parties also respectfully request the Court reinstate the stay of proceedings that expired
27 on March 28, 2024 until the rescheduled final approval hearing occurs.

28       Consistent with the foregoing, the Parties respectfully agree, stipulate and request that:

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR FINAL
APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT

1.      The final approval hearing be rescheduled from August 7, 2024, to a date on or after September 23, 2024;

2.      The deadline for the Parties to file all papers in support of final approval be rescheduled from July 29, 2024, to no later than September 16, 2024; and

3.      The Court grant the Parties' requested stay of proceedings until the rescheduled final approval hearing occurs.

The instant stipulation is submitted in good faith to permit the Parties to facilitate final resolution of this matter consistent with their Settlement Agreement and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

Dated: May 15, 2024

Respectfully submitted,

/s/Joshua D. Buck
JOSHUA R. HENDRICKSON, ESQ.
HENDRICKSON LAW GROUP, PLLC

MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
THIERMAN BUCK, LLP

*Attorneys for Plaintiffs and all others similarly situated.*

Dated: May 15, 2024

Respectfully submitted,

/s/Michael D. Dissinger
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants.*

**IT IS SO ORDERED THAT:**

1.      The final hearing for approval of this class and collective action settlement shall be rescheduled from August 7, 2024 to October 2, 2024 at 9:00 a.m. via phone, to determine: (1) whether the proposed Settlement is fair, reasonable, and adequate and should be finally approved by the Court; (2) the amount of attorney's fees and litigation costs to award to Class Counsel; (3) the amount to be paid to the Settlement Administrator; and (4) the amount of the Incentive Payments for the Class Representatives. The Court will hear all evidence and argument

1 | necessary to evaluate the Settlement and Class Members and their counsel may support,
2 | oppose, or comment upon the Settlement if they so desire, as set forth in the Class Notice;
3 |     2.    All papers filed in support of final approval of the settlement, and response to any
4 | objections, will be filed no later than September 16, 2024; and
5 |     3.    This matter shall be stayed in its entirety until the final approval hearing to be held
6 | on the date set forth above.

Dated: _____May 15_____, 2024.

_____
Hon. Miranda M. Du
United States Chief District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR FINAL
APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT