MONTGOMERY Y. PAEK, ESQ.
Nevada Bar No. 10176
AMY L. THOMPSON, ESQ.
Nevada Bar No. 11907
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
mpaek@littler.com
athompson@littler.com
mdissinger@littler.com

Attorneys for Defendants
CAESARS ENTERTAINMENT, INC. AND PARIS LAS VEGAS OPERATING CO., LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN MERCER; JOCELYN LEWIS; and MIKE BRADY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.; PARIS LAS VEGAS OPERATING CO., LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00958-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PARTIES TO FILE PAPERS IN SUPPORT OF FINAL APPROVAL BY ONE (1) WEEK TO SEPTEMBER 23, 2024**<br><br>**[FIRST REQUEST]** |

Plaintiffs, LEANN MERCER, JOCELYN LEWIS, and MIKE BRADY ("Plaintiffs"), and Defendants, CAESARS ENTERTAINMENT, INC. ("Caesars") and PARIS LAS VEGAS OPERATING CO., LLC ("Paris") ("Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

On May 15, 2024, the Court entered its Order granting the Parties' Stipulation to Continue Hearing Date for Final Approval of Class and Collective Settlement and Reinstate Stay of Proceedings. **ECF No. 29.** In the Order, the Court scheduled the final hearing for approval of this class and collective action settlement for October 2, 2024 at 9:00 a.m. via telephone. *Id.* The Order

also directed that "[a]ll papers filed in support of final approval of the settlement, and response to any objections, will be filed no later than September 16, 2024 …" *Id.*

The settlement administrator, ILYM Group, Inc. ("ILYM"), mailed Class Notice Packets to all class members on August 2, 2024. The Notice Period closed September 3, 2024. The Parties are working diligently with ILYM to compile and finalize all information required for the Parties' forthcoming final approval papers. The Parties are currently waiting for ILYM to provide certain outstanding, necessary information regarding class members' claims. As the Parties are working together with ILYM to complete said process and prepare the final approval papers for filing in advance of the October 2, 2024 final approval hearing, the Parties hereby stipulate and agree, and respectfully request, that:

1. The deadline for filing of all papers in support of final approval of this class and collective action settlement be extended one (1) week, from the current deadline of September 16, 2024,[1] up to and including **Monday, September 23, 2024**.

The Parties do not presently request that the Court continue the October 2, 2024 final approval hearing. The instant stipulation is submitted in good faith to permit the Parties to facilitate final resolution of this matter consistent with their Settlement Agreement and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

---

[1] *See* **ECF No. 29.**

Dated: September 12, 2024

Respectfully submitted,

/s/ Joshua R. Hendrickson
JOSHUA R. HENDRICKSON, ESQ.
HENDRICKSON LAW GROUP, PLLC

MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
THIERMAN BUCK, LLP

*Attorneys for Plaintiffs and all others similarly situated.*

Dated: September 12, 2024

Respectfully submitted,

/s/ Michael D. Dissinger
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants.*

**IT IS SO ORDERED THAT:**

1. All papers filed in support of final approval of the settlement, and response to any objections, will be filed no later than September 23, 2024.

Dated:  September 13 , 2024.

_____
Hon. Miranda M. Du
United States Chief District Judge